**Order entered January 11, 2023**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-22-00396-CR

## EX PARTE: JOHN MORGAN STAFFORD

**On Appeal from the County Court at Law No. 1**
**Collin County, Texas**
**Trial Court Cause No. 001-00466-2022**

## ORDER

The Court has determined that oral argument will aid it in determining the issues presented in the appeal. Accordingly, the Court requests that the parties appear for oral argument in the Court of Appeals, Fifth District of Texas at Dallas on **February 2, 2023 at 10:00 a.m**. Argument will be held in the Fifth Court of Appeals courtroom located on the second floor in the George L. Allen, Sr. Courts Building. The panel hearing the case will consist of Justice Pedersen, Justice Garcia, and Justice Breedlove, subject to change by the Court.

/s/     DENNISE GARCIA
JUSTICE